FILED

08/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0653

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0653

_____

IN THE MATTER OF:

H.M.,                                                              O R D E R

      A Youth.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.


For the Court,


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2023